OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

July 26, 2016

Philip D. Anker Esq.
Joshua K. Brody Esq.
Daniel J. DeFranceschi Esq.
Gregory A. Horowitz Esq.
Laura D. Jones Esq.
Jason M. Madron Esq.
Thomas M. Mayer Esq.
Andrew R. McGaan Esq.
James H. Millar Esq.
James E. O'Neill III Esq.
Norman L. Pernick Esq.
Michael A. Petrino Esq.
J. Kate Stickles Esq.
Jeffrey S. Trachtman Esq.

RE: In re: Energy Future Holdings, et al
Case Number: 16-1351
District Case Number: 1-15-cv-00620

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Tuesday, September 27, 2016 in PHILADELPHIA, PA.** It may become necessary for the panel to move this case to another day within the **week of September 26, 2016.** Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition,

please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Very truly yours,

Marcia M. Waldron

Marcia M. Waldron, Clerk

By: Tiffany L. Grier

Tiffany L. Grier, Calendar Clerk
267-299-4905