No. 16-1351, 16-1926, 16-1927 & 16-1928

# In the United States Court of Appeals for the Third Circuit

IN RE: ENERGY FUTURE HOLDINGS CORP., *et al.*,

*Debtors.*

DELAWARE TRUST COMPANY [NO. 16-1351],
COMPUTERSHARE TRUST CO. AND COMPUTERSHARE TRUST CO. OF CANADA
[NO. 16-1926, 16-1927, 16-1928]

*Appellant,*

v.

ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC;
EFIH FINANCE, INC.

*Appellees.*

## NOTICE OF VOLUNTARY WITHDRAWAL OF PETITION FOR REHEARING OR REHEARING *EN BANC*

In the *Joint Status Report*, filed March 23, 2017 (the "Joint Status Report"), the Parties[1] informed the Court that, in accordance with the terms of the Global Settlement, the Appellees would withdraw their Petition for Rehearing or Rehearing *En Banc* if the Bankruptcy Court approved the Global Settlement. On March 24, 2017, the Bankruptcy Court approved the Global Settlement, and

---

[1] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Joint Status Report.

Appellees now, by way of this Notice, inform the Court that they are withdrawing their Petition for Rehearing or Rehearing *En Banc* with prejudice.

[*Remainder of page intentionally left blank.*]

RLF1 17316766v.1

Dated:  March 31, 2017

Respectfully submitted,

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile:  302-651-7701
Email: collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212-446-4800
Facsimile:  212-446-4900
Email: edward.sassower@kirkland.com

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Andrew R. McGaan, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile:  312-862-2200
Email: james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          andrew.mcgaan@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Counsel to Appellees*